IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JOHN ALEXANDER SULLIVAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 7:15-cv-504 |
| ) | |
| CAROLYN W. COLVIN, ) | |
| ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons explained in the accompanying memorandum opinion, John Alexander Sullivan's Motion for Summary Judgment (Dkt. No. 13) is **GRANTED IN PART** and the Commissioner's Motion for Summary Judgment (Dkt. No. 15) is **DENIED** and this case is **REVERSED** and **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further consideration consistent with this Opinion.

Entered: February 2, 2017

*Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge

1